UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN RAMON TUGGLE,

    Plaintiff,

  v.

ROBERT J. JOHNSON, et al.,

    Defendants.

Case No. 22-cv-07146-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 1

Plaintiff Steven Ramon Tuggle initiated this action by filing a motion to extend time so that he could exhaust his administrative remedies. (Dkt. No. 1.) However, he failed to comply with the Clerk's Notice to file a complaint. (Dkt. No. 3.)

Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Tuggle may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) full payment for the $402.00 filing fee or a complete application to proceed *in forma pauperis*.

Tuggle's motion for an extension of time is DENIED. (Dkt. No. 1.)

The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 9, 2023



WILLIAM H. ORRICK
United States District Judge